RHODA J. GRIFFIN, Executrix, etc., Appellant, *v.* LEONARD
P. WINNE, Respondent.

(Submitted January 19, 1880; decided January 27, 1880.)

MEM. of decision below, 10 Hun, 571.

*Burditt & Brooks* for appellant.

*J. W. Barnum* for respondent.

AGREE to affirm on opinion of court below.
All concur.
Order affirmed and judgment absolute on stipulation.